```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   NORTHERN DIVISION
```

PATRICIA LaQUITA JACKSON,          :

    Petitioner,                    :

vs.                                : CIVIL ACTION 09-00604-WS-B

CYNTHIA WHEELER-WHITE,              :

    Respondent.                    :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be dismissed without prejudice.

**DONE** this 31st of December, **2009**.

                              s/WILLIAM H. STEELE
                              UNITED STATES DISTRICT JUDGE